IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK MONITORING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SKYSCANNER LTD.,<br><br>*Defendant*. | Civil Action No. 2:21-cv-00148-JRG<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSUORE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel of record for Defendant, Skyscanner Ltd. ("Skyscanner"), a non-governmental corporate party, states as follows:

Skyscanner is a wholly owned subsidiary of Trip.com Group Ltd, a publically traded corporation (NASDAQ:TCOM). Skyscanner Ltd. is organized and existing under the laws United Kingdom, with an office located in London, England.

| | |
|---|---|
| Dated: November 1, 2021 | FISH & RICHARDSON P.C.<br><br>/s/ Adil A. Shaikh<br>Neil J. McNabnay<br>Texas Bar No. 24002583<br>David B. Conrad<br>Texas Bar No. 24049042<br>Adil A. Shaikh<br>Texas Bar No. 24117039<br><br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>mcnabnay@fr.com<br>conrad@fr.com<br>shaikh@fr.com<br><br>***COUNSEL FOR DEFENDANT SKYSCANNER, INC.*** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 1, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Adil A. Shaikh
Adil A. Shaikh