# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK MONITORING LLC, | § | Case No. 2:21-cv-00148-JRG |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| SKYSCANNER LTD., | § | |
| | § | |
| Defendant. | § | |

## JOINT P.R. 4-3 CLAIM CONSTRUCTION AND PREHEARING STATEMENT

In accordance with Patent Rule 4-3 and the Court's Docket Control Order of December 13, 2021 (Dkt. No. 19), the parties to the above-captioned case provide the following Joint Claim Construction and Prehearing Statement regarding the asserted claims of U.S. Patent Nos. 9,058,416 and 9,608,946. In accordance with Patent Rule 4-2(c), the parties have met and conferred for the purposes of narrowing the issues and finalizing preparation of this Joint Claim Construction Chart.

### I. P.R. 4-3(a)(2) Disputed Terms

Plaintiff's proposed constructions, and identification of intrinsic and extrinsic evidence is attached hereto as Exhibit A. Defendant's proposed constructions, and identification of intrinsic and extrinsic evidence is attached hereto as Exhibit B. Each party also reserves the right to cite to intrinsic and/or extrinsic evidence cited by the other party.

### II. P.R. 4-3(a)(3) Anticipated Length of Time for the Claim Construction Hearing

The parties expect that 4 hours will provide sufficient time to conduct the claim construction hearing.

**III.     P.R. 4-3(a)(4) Anticipated Witnesses at the Claim Construction Hearing**

At the present time, no party proposes to call witnesses for live testimony at the claim construction hearing

**IV.     P.R. 4-3(a)(5) Other Issues to be Addressed at the Claim Construction Hearing**

The parties are not presently aware of any issues which might be taken up at a prehearing conference prior to the Claim Construction Hearing.

**V.     P.R. 4-3(b) Service of Expert Testimony**

In accordance with Patent Rule 4-3(b) the parties will each, simultaneous with this filing, serve a disclosure of expert testimony consistent with Fed. R. Civ. P. 26(a)(2)(B)(i)-(ii) or 26(a)(2)(C) for any expert on which it intends to rely to support its proposed claim construction or indefiniteness position or to oppose any other party's proposed claim construction or indefiniteness position.

Dated:  February 28, 2022

Respectfully submitted,

 /s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**

100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF
NETWORK MONITORING LLC***


 /s/ *Adil A. Shaikh (with permission)*
Neil J. McNabnay
Texas Bar No. 24002583
Email: mvnabnay@fr.com
David B. Conrad
Texas Bar No. 24049042
Email: conrad@fr.com
Adil A. Shaikh
Texas Bar No. 24117039
Email: shaikh@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

***ATTORNEYS FOR DEFENDANT
SKYSCANNER LTD.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 28, 2022, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                        */s/Vincent J. Rubino, III*
                                                        Vincent J. Rubino, III

**CERTIFICATE OF CONFERENCE**

I hereby certify that Plaintiff's counsel has met and conferred with counsel for Defendant, and all parties have agreed to the proposed order submitted herewith.

                                                        */s/ Vincent J. Rubino, III*
                                                        Vincent J. Rubino, III