# EXHIBIT A

# EXHIBIT A – Plaintiff Network Monitoring LLC's Proposed Constructions to Defendant Skyscanner Ltd.

| No. | Claim Term/Phrase | Patent/Claims | Network Monitoring's Proposed Construction | Additional Intrinsic Evidence | Extrinsic Support |
|---|---|---|---|---|---|
| 1. | [ordered combination] | '416: Claims 1, 6<br><br>'946: Claims 1, 17 | Plain and ordinary meaning | | |
| 2. | "an original URL" | '416: Claims 1, 6<br><br>'946: Claims 1, 17 | Plain and ordinary meaning | 416 Patent: Abstract; 6:9-59 | |
| 3. | "[[at least one]] a rewritten URL"<br><br>"the rewritten URL[[s]]"<br><br>"the rewritten embedded URL[[s]]"<br><br>"[[each of]] the rewritten embedded URL[[s]]" | '416: Claims 1, 6<br><br>'946: Claims 1, 17 | Plain and ordinary meaning | 416 Patent: 5:65-6:67; 11:26-40; 16:10-45 | |
| 4. | "form[ing] parameter data based upon predetermined selection parameters from the database" | '416: Claims 1, 6<br><br>'946: Claims 1, 17 | Plain and ordinary meaning | 416 Patent: FIG. 1, FIG. 3, FIG. 4, FIG. 5, 9:37-19:24, Tables 2-6 | Declaration of Omid Kia – February 28, 2022 |
| 5. | "dynamically maintain[ing] the predetermined | '416 Patent, claims 5, 10 | Plain and ordinary meaning | 416 Patent: FIG. 1, FIG. 3, FIG. 4, FIG. 5; 9:37- | Declaration of Omid Kia – February 28, 2022 |

EXHIBIT A – Plaintiff Network Monitoring LLC's Proposed Constructions
to Defendant Skyscanner Ltd.

| No. | Claim Term/Phrase | Patent/Claims | Network Monitoring's Proposed Construction | Additional Intrinsic Evidence | Extrinsic Support |
|---|---|---|---|---|---|
|  | selection parameters based upon revisable, operator-defined instructions on how to select and extract information from a text page; and analyzing the parameter data sets to predict future user activity" |  |  | 21:45, Tables 2-8'946 Patent, Claims 14-15 |  |
| 6. | "[[the]] a response"<br><br>"[[a]] the response"<br><br>"embedding the rewritten URLs in [[the]] a response"<br><br>"receiving [[a]] the response from Web server"<br><br>"forwarding the response to the user browser" | '416 Patent, claims 1, 2, 6, 7<br><br>'946, claims 1, 10, 17, 25 | Plain and ordinary meaning | 416 Patent: FIG. 1; FIG. 2; FIG. 6; FIG. 7; FIG. 8; 5:65-6:67; Table 1 |  |
| 7. | "provide profiling and analysis of at least one session" | '946, claims 1, 17 | Plain and ordinary meaning | 416 Patent: FIG. 1; FIG. 4; Abstract; 1:15-24; 3:1-39; 5:65-6:67; 12:16-21:45; Tables 3-8; '946 Claims 2-3, 18-19, 20-24, 29-30 | Declaration of Omid Kia – February 28, 2022 |

| No. | Claim Term/Phrase | Patent/Claims | Network Monitoring's Proposed Construction | Additional Intrinsic Evidence | Extrinsic Support |
|---|---|---|---|---|---|
| 8. | "The method of claim 1, where the causing the Web page specified by the Web server URL to be returned to the user comprises redirecting the user browser to the Web page on the Web browser." ('416 Patent, Claim 3)<br><br>"The apparatus of claim 6, where the apparatus causes the Web page specified by the Web server URL to be returned to the user by redirecting the user browser to the Web page on the Web browser." ('416 Patent, Claim 8)<br><br>"The apparatus of claim 1, where the apparatus causes the Web page specified by the Web server URL to be returned to the user by operations | '416 Patent, claims 3, 8<br><br>'946 Patent, claims 11, 26 | Plain and ordinary meaning | 416 Patent: FIG. 1; FIG. 2; FIG. 6; FIG. 7; FIG. 7; FIG. 8; 5:65-6:67; Table 1; 9:1-20; 9:32-38; 13:66-14:26; 15:5-22 | |

| No. | Claim Term/Phrase | Patent/Claims | Network Monitoring's Proposed Construction | Additional Intrinsic Evidence | Extrinsic Support |
|---|---|---|---|---|---|
| | comprising redirecting the user browser to the Web page on the Web browser." ('846 Patent, Claim 11)<br><br>"The method of claim 17, wherein the Web page specified by the Web server URL is returned to the user by operations comprising redirecting the user browser to the Web page on the Web browser." ('946 Patent, Claim 26) | | | | |