# Exhibit 2

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms

**Seventh Edition**





**Published by
Standards Information Network
IEEE Press**

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2    SP1122*

*PDF ON CD-ROM*
*ISBN: 0-7381-3926-2    SE127*

See other standards and standards-related product listings at: http://standards.ieee.org/

---

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

**reverse or OFF-state voltage dividers (1) (thyristor)** (or OFF-state) Devices employed to assure satisfactory division of reverse or OFF-state voltage among series-connected semiconductor devices under transient or steady state conditions, or both. (IA/IPC) 428-1981w
**(2)** Devices employed to assure satisfactory division of reverse voltage among series-connected semiconductor rectifier diodes. Transformers, bleeder resistors, capacitors, or combinations of these may be employed. (IA) [62]

**reverse wave** *See:* reflected wave.

**reversibility (Hall generator)** The ratio of the change in absolute magnitude of the Hall voltage to the mean absolute magnitude of the Hall voltage, when the control current is kept constant and the magnetic field is changed from a given magnitude of one polarity to the same magnitude of the opposite polarity. (MAG) 296-1969w

**reversible capacitance (nonlinear capacitor)** The limit, as the amplitude of an applied sinusoidal capacitor voltage approaches zero, of the ratio of the amplitude of the resulting in-phase fundamental-frequency component of transferred charge to the amplitude of the applied voltage, for a given constant bias voltage superimposed on the sinusoidal voltage. *See also:* nonlinear capacitor. (ED) [46]

**reversible-capacitance characteristic (nonlinear capacitor)** The function relating the reversible capacitance to the bias voltage. *See also:* nonlinear capacitor. (ED) [46]

**reversible counter** A counter that can be incremented or decremented by a certain amount upon receipt of an appropriate signal. (C) 610.10-1994w

**reversible dark current increase (diode-type camera tube)** That increase of the target dark current which results from electron bombardment of the charge storage target by the scanning electron beam. This is manifested as a dark current increase which is reversible. (ED) 503-1978w

**reversible execution** A debugging technique in which a history of program execution is recorded and then replayed under the user's control, in either the forward or backward direction. *Synonyms:* reverse execution; playback; backward execution; replay. (C) 610.12-1990

**reversible motor** A motor whose direction of rotation can be selected by change in electric connections or by mechanical means but the motor will run in the selected direction only if it is at a standstill or rotating below a particular speed when the change is initiated. *See also:* asynchronous machine; direct-current commutating machine. (EEC/PE) [119]

**reversible permeability** The limit of the incremental permeability as the incremental change in magnetizing force approaches zero. *Note:* In anisotropic media, reversible permeability becomes a matrix. (Std100) 270-1966w

**reversible permittivity** The change in displacement per unit field when a very small relatively high-frequency alternating signal is applied to a ferroelectric at any point of a hysteresis loop. *See also:* ferroelectric domain. (UFFC) 180w

**reversible potential** *See:* equilibrium potential.

**reversible power converter (1)** An equipment containing thyristor converter assemblies connected in such a way that energy transfer is possible from the alternating-current side to the direct-current side and from the direct-current side to the alternating-current side with or without reversing the current in the direct-current circuit. *See also:* power rectifier. (IA/SPC) [62]
**(2) (thyristor converter)** A converter in which the transfer of energy is possible both from the ac side to the dc side and vice versa. (IA/IPC) 444-1973w

**reversible process** An electrochemical reaction that takes place reversibly at the equilibrium electrode potential. *See also:* electrochemistry. (EEC/PE) [119]

**reversible target dark current increase (diode-type camera tube)** That increase in dark current and dark current nonuniformity and monitoring and is not permanent. It is removable through target operation under special operating procedures or with a nonoperating rest period. (ED) 503-1978w

**reversible turbine (power operations)** A hydraulic turbine, normally installed in a pumped-storage station, that can be used alternately as a pump or as a prime mover. (PE/PSE) 858-1987s, 346-1973w

**reversing** The control function of changing motor rotation from one direction to the opposite direction. *See also:* electric drive. (IA/ICTL/IAC) [60]

**reversing change-over selector** A change-over selector that connects one or the other end of the tap winding to the main winding. (PE/TR) C57.131-1995

**reversing device (power system device function numbers)** A device that is used for the purpose of reversing a machine field or for performing any other reversing functions. (PE/SUB) C37.2-1979s

**reversing motor** One the torque and hence direction of rotation of which can be reversed by change in electric connections or by other means. These means may be initiated while the motor is running at full speed, upon which the motor will come to a stop, reverse, and attain full speed in the opposite direction. *See also:* asynchronous machine. (EEC/PE) [119]

**reversing starter** An electric controller for accelerating a motor from rest to normal speed in either direction of rotation. *See also:* starter; electric controller. (IA/ICTL/IAC) [60]

**reversing switch** A switch intended to reverse the connections of one part of a circuit. *See also:* switch. (IA/IAC) [60]

**reverting call (telephone switching systems)** A call between two stations on the same party line. (COM) 312-1977w

**reverting-call tone (telephone switching systems)** A tone that indicates to a calling customer that the called party is on the same line. (COM) 312-1977w

**revertive pulsing (telephone switching systems)** A means of pulsing for controlling distant selections whereby the near end receives signals from the far end. (COM) 312-1977w

**review (1) (software)** A process or meeting during which a work product, or set of work products, is presented to project personnel, managers, users, customers, or other interested parties for comment or approval. Types include code review, design review, formal qualification review, requirements review, test readiness review. (C/SE) 610.12-1990, 1058.1-1987s
**(2)** A process or meeting during which a software product is presented to project personnel, managers, users, customers, user representatives, or other interested parties for comment or approval. (C/SE) 1028-1997

**revision** A controlled item with the same functional capabilities as the original plus changes, error resolution, or enhancements. (C/SE) 1074-1995s

**revolver track** *See:* regenerative track.

**rewind (1) (test, measurement, and diagnostic equipment)** To return a tape to its beginning or a passed location. (MIL) [2]
**(2)** To bring a magnetic tape or paper tape back to the beginning of the recording area. (C) 610.10-1994w

**rework (nuclear power quality assurance)** The process by which an item is made to conform to original requirements by completion or correction. (PE/NP) [124]

**rewrite (A)** To write again. **(B)** In a destructive-read storage device, to return the data to the state it had prior to reading. *See also:* regenerate. (C) 162-1963, 610.10-1994

**REXX** A command language used primarily in the IBM VM/CMS environment. *Note:* Supersedes EXEC and EXEC2. (C) 610.13-1993w

**Reynolds number** A nondimensional number equal to air velocity ($V_w$) times conductor diameter ($D/_{12}$) divided by kinematic viscosity ($\mu_f/\rho_f$). (T&D/PE) 738-1993

**RF** *See:* radio frequency.

**RF link** *See:* radio frequency link.

**RH** *See:* relative humidity.

**RGB display device** *See:* red, green, blue display device.