# Exhibit 3

# The Illustrated Dictionary of Electronics

Seventh Edition

*Stan Gibilisco*
*Editor-in-Chief*

LIBRARY
VT TECHNICAL COLLEGE
RANDOLPH CTR VT 05061

**McGraw-Hill**

New York  San Francisco  Washington, D.C.  Auckland  Bogotá
Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  San Juan  Singapore
Sydney  Tokyo  Toronto

**Library of Congress Cataloging-in-Publication Data**

Gibilisco, Stan.
    The illustrated dictionary of electronics / Stan Gibilisco.—7th ed.
      p.   cm.
    ISBN 0-07-024186-4 (pbk.).
    1. Electronics—Dictionaries.  I. Title.
TK7804.G497  1997
621.381'03—dc21                               97-9081
                                                                 CIP

## McGraw-Hill

*A Division of The McGraw·Hill Companies* 

Copyright © 1997 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0   FGR/FGR   9 0 2 1 0 9 8 7

ISBN 0-07-024186-4

The sponsoring editor for this book was Scott Grillo, and the production supervisor was Pamela Pelton. It was set in Bookman by Lisa Mellott through the services of Barry E. Brown (Broker—Editing, Design and Production).

Printed and bound by Quebecor/Fairfield.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, McGraw-Hill, 11 West 19th Street, New York, NY 10011. Or contact your local bookstore.

Information contained in this work has been obtained by The McGraw-Hill Companies, Inc. ("McGraw-Hill") from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantees the accuracy or completeness of any information published herein and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

 This book is printed on acid-free paper.

might be entered by pressing keys in this order: 7, ENTER, 2, ×).

**reverse recovery time**   See RECOVERY TIME, **1**.

**reverse resistance**   Symbol, $R_r$. The resistance of a reverse-biased pn junction. Also called BACK RESISTANCE. Compare FORWARD RESISTANCE.

**reverse voltage**   Symbol, $E_r$ or $V_r$. Direct-current voltage applied to a pn junction so that the p-type material is electrically more negative than the n-type material. Also called BACK VOLTAGE. Compare VOLTAGE.

**reverse-voltage capacitance**   The internal capacitance of a reverse-biased semiconductor pn junction.

**reverse voltage drop**   The voltage drop across a semiconductor pn junction that is biased in the reverse (low-conduction) direction.

**reversible counter**   A counter that, by a control signal, can have the value it is holding either increased or decreased.

**reversible permeability**   The permeability of a ferromagnetic substance when the magnitude of the alternating-current field is arbitrarily small.

**reversing switch**   **1.** A switch that reverses the polarity of a direct-current voltage. **2.** A switch that reverses the direction of motor rotation.



**reversing switch**

**revolute geometry**   A method by which a robot arm can move freely in three dimensions. The entire assembly rotates from the base in a horizontal plane through a complete circle (360 degrees). An elevation joint at the base moves the arm from horizontal to vertical (90 degrees). A joint in the middle of the arm can bend through about 180 degrees.

**revolution**   Abbreviation, r or rev. One complete rotation (i.e., 360 degrees of circular travel).

**revolving field**   See ROTATING FIELD.

**rewind**   To run a magnetic tape on a transport at a high speed, in the direction opposite to that associated with the play mode.

**rewrite**   In computer operations, to return information read from a storage location to that location by recording.

$R_F$   Symbol for FILAMENT RESISTANCE.

**RF**   Abbreviation of RADIO FREQUENCY.
**RF amplifier**   See RADIO-FREQUENCY AMPLIFIER.
**RFC**   Abbreviation of RADIO-FREQUENCY CHOKE.
**RF heating**   See RADIO-FREQUENCY HEATING.
**RFI**   Abbreviation of RADIO-FREQUENCY INTERFERENCE.
**RF inverse feedback**   A negative-feedback system for radiophone transmitters, in which a portion of the modulated radio-frequency (RF) signal is rectified, and the resulting direct-current voltage is filtered and applied as bias to one of the audio stages in the proper polarity for degeneration.
**RF lamp**   A lighting lamp, used with radio-frequency (RF) alternating current, rather than the conventional 60-Hz utility current. This results in better efficiency, and allows much more light to be generated with a given filament lamp, as compared with 60-Hz current.
**RF motion detector**   In security systems, an intrusion detection and alarm system that senses Doppler-effect-induced changes in the frequency or phase of a radio-frequency (RF) electromagnetic field. The Doppler effect results from motion of objects in the secured area.
**RFO**   Abbreviation of *radio-frequency oscillator*.
**RF power supply**   See OSCILLATOR-TYPE POWER SUPPLY.
**RF probe**   See RECTIFIER PROBE.
**RF resistance**   See RADIO-FREQUENCY RESISTANCE.
**RF selectivity**   See RADIO-FREQUENCY SELECTIVITY.
**RF transistor**   See RADIO-FREQUENCY TRANSISTOR.
$R_g$   Symbol for GRID RESISTANCE.
$R_G$   Symbol for GATE RESISTANCE.
**RGB**   Abbreviation of RED-GREEN-BLUE.
**RGT**   Abbreviation of RESONANT-GATE TRANSISTOR.
**Rh**   Symbol for RHODIUM.
**R/h**   Abbreviation of ROENTGENS PER HOUR.
$R_H$   **1.** Symbol for HEATER RESISTANCE. **2.** Symbol for HOT RESISTANCE.
**rh**   Abbreviation of RELATIVE HUMIDITY.
**rhenium**   Symbol, Re. A metallic element. Atomic number, 75. Atomic weight, 186.207. It is used in some thermocouples.
**rheostat**   A wirewound variable dropping resistor of the rotary type or slider type.
$R_{HF}$   Symbol for *high-frequency resistance* (see RADIO-FREQUENCY RESISTANCE).
**RHI**   Abbreviation of RANGE-HEIGHT INDICATOR.
**rhodium**   Symbol, Rh. A metallic element. Atomic number, 45. Atomic weight, 102.906.
**rhombus**   A four-sided geometric plane figure, in which all four sides have equal length, and opposite angles have equal measure.
**rhombic antenna**   See DIAMOND ANTENNA.