# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK MONITORING LLC, | § § § | Case No. 2:21-cv-00148-JRG |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| SKYSCANNER LTD., | § § § | |
| Defendant. | § § § | |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)

In accordance with Local Patent Rule 4-5(d) and the Court's Docket Control Order of December 3, 2021 (Dkt. 19), Plaintiff Network Monitoring LLC ("Network Monitoring") and Defendant Skyscanner Ltd. ("Skyscanner") hereby submit the following Joint Claim Construction Chart (Appendix A) that includes the disputed claim terms and phrases for U.S. Patent No. 9,058,416 and U.S. Patent No. 9,680,946, the parties' respective proposed claim constructions, and a column for the Court's construction of the disputed claim terms and phrases.

Dated: May 4, 2022                    Respectfully submitted,

                                              /s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF
NETWORK MONITORING LLC***


 /s/ *Adil A. Shaikh (with permission)*
Neil J. McNabnay
Texas Bar No. 24002583
Email: mvnabnay@fr.com
David B. Conrad
Texas Bar No. 24049042
Email: conrad@fr.com
Adil A. Shaikh
Texas Bar No. 24117039
Email: shaikh@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

***ATTORNEYS FOR DEFENDANT
SKYSCANNER LTD.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 4, 2022, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

 */s/Vincent J. Rubino, III*
Vincent J. Rubino, III

**CERTIFICATE OF CONFERENCE**

I hereby certify that Plaintiff's counsel has met and conferred with counsel for Defendant, and all parties have agreed to the proposed order submitted herewith.

 */s/ Vincent J. Rubino, III*
Vincent J. Rubino, III