# APPENDIX A: JOINT CLAIM CONSTRUCTION CHART

Pursuant to Local Patent Rule 4-5(d), Plaintiff Network Monitoring LLC and Defendant Skyscanner Ltd. hereby provide a Joint Claim Construction Chart containing the claim terms and phrases for the claims for U.S. Patent Nos. 9,058,416 ("the '416") and U.S. Patent No. 9,680,946 ("the '946"). In addition, the parties hereby identify the claim number(s) where the terms and phrases appear.

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| 1. | **'416 Patent**<br><br>1. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: **providing the user browser with a Web page containing a URL** specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, **determining a Web server URL** from the Web page request; **identifying and extracting** captured information indicating that the user browser has requested the Web server URL, the captured | Skyscanner proposes that claims 1 and 6 of the '416 Patent and claims 1 and 17 of the '946 Patent should be construed to limit the scope of these claims to a specific ordered combination.<br><br>'416: 1, 6<br><br>'946: 1, 17 | Plain and ordinary meaning | These claims require a specific ordered combination:<br>1) "providing the user browser with a Web page containing a URL . . ."<br>2) "determining a Web server URL . . ."<br>3) "identifying and extracting";<br>4) "forming parameter data";<br>5) "encoding an original URL as part of the tracking system URL"<br>6) "embedding the rewritten URLs in the response . . ."<br>7) "causing the Web page specified | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | information stored within a database; **forming parameter data** based upon pre-determined selection parameters from the database; **encoding an original URL as part of the tracking system URL** path to construct at least one rewritten URL; **embedding the rewritten URLs in the response** such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and **causing the Web page specified by the Web server URL to be returned to the user browser**.<br><br>6. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: **provide the user browser with a Web page containing a URL** specifying both an address of the tracking system and information that specifies a | | | by the Web server URL to be returned to the user browser." | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, **determine a Web server URL** from the Web page request; **identifying and extracting** captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; **forming parameter data** based upon pre-determined selection parameters from the database; **encoding an original URL as part of the tracking system URL** path to construct at least one rewritten URL; **embedding the rewritten URLs in the response** such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and **cause the Web page specified by the Web server URL to be returned to the user browser**.<br><br>**'946 Patent** | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | 1. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: **provide the user browser with a Web page containing a URL** specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, **determine a Web server URL** from the Web page request; **identify and extract** captured information indicating that the user browser has requested the Web server URL, the captured information stored within one or more databases; **form parameter data** based upon pre-determined selection parameters from the one or more databases; **encode an original URL as part of the tracking system's URL** path to construct at least one | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | rewritten URL; **embed the rewritten URLs in a response** such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and **cause the Web page specified by the Web server URL to be returned to the user browser**; and provide profiling and analysis of at least one session.<br><br>17. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: **providing a user browser with a Web page containing a URL** specifying both an address of a tracking system and information that specifies a URL on a Web server; upon receipt by the tracking system of a Web page request from the user browser, **determining a Web server URL** from the Web page request; **identifying and extracting** captured | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
| | information indicating that the user browser has requested the Web server URL, the captured information stored within a database; **forming parameter data** based upon pre-determined selection parameters from the database; **encoding an original URL as part of the tracking system's URL** path to construct at least one rewritten URL; **embedding at least one of the rewritten URLs in a response** such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and providing site profiling and analysis of at least one session. | | | | |
| 2. | **'416 Patent**<br><br>1. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: providing the user browser with a Web page containing a | "an original URL"<br><br>'416: Claims 1, 6<br><br>'946: Claims 1, 17 | Plain and ordinary meaning | "a URL embedded in the response to the Web page request from the user browser" | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding **an original URL** as part of the tracking system URL path to construct at least one rewritten URL; embedding the rewritten URLs in the response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and causing the Web page specified by the | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | Web server URL to be returned to the user browser.<br><br>6. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determine a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding **an original URL** as | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | part of the tracking system URL path to construct at least one rewritten URL; embedding the rewritten URLs in the response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser.<br><br>**'946 Patent**<br>1. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determine a Web server URL from the Web page request; identify and | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | extract captured information indicating that the user browser has requested the Web server URL, the captured information stored within one or more databases; form parameter data based upon pre-determined selection parameters from the one or more databases; encode **an original URL** as part of the tracking system's URL path to construct at least one rewritten URL; embed the rewritten URLs in a response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser; and provide profiling and analysis of at least one session.<br><br>17. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | server, the method comprising: providing a user browser with a Web page containing a URL specifying both an address of a tracking system and information that specifies a URL on a Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding **an original URL** as part of the tracking system's URL path to construct at least one rewritten URL; embedding at least one of the rewritten URLs in a response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | and providing site profiling and analysis of at least one session. | | | | |
| 3. | **'416 Patent**<br><br>1. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: providing the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; forming parameter data based upon pre- | "[[at least one]] a rewritten URL"<br><br>"the rewritten URL[[s]]"<br><br>"the rewritten embedded URL[[s]]"<br><br>"[[each of]] the rewritten embedded URL[[s]]"<br><br>'416: Claims 1, 6<br><br>'946: Claims 1, 17 | Plain and ordinary meaning | "[a / the] URL replacing the URL embedded in the response to the Web page request from the user browser" | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | determined selection parameters from the database; encoding an original URL as part of the tracking system URL path to construct **at least one rewritten URL**; embedding **the rewritten URLs** in the response such that a browser request to each of **the rewritten embedded URLs** is sent to the tracking system; and causing the Web page specified by the Web server URL to be returned to the user browser.<br><br>6. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
| | the user browser, determine a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding an original URL as part of the tracking system URL path to construct **at least one rewritten URL**; embedding **the rewritten URLs** in the response such that a browser request to each of **the rewritten embedded URLs** is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser.<br><br>**'946 Patent**<br>1. A computer programmed digital electrical tracking system apparatus connected to | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
| | a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determine a Web server URL from the Web page request; identify and extract captured information indicating that the user browser has requested the Web server URL, the captured information stored within one or more databases; form parameter data based upon pre-determined selection parameters from the one or more databases; encode an original URL as part of the tracking system's URL path to construct **at least one rewritten URL**; embed **the rewritten URLs** in a response such that a browser request to | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | each of **the rewritten embedded URLs** is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser; and provide profiling and analysis of at least one session.<br><br>17. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: providing a user browser with a Web page containing a URL specifying both an address of a tracking system and information that specifies a URL on a Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding an original URL as part of the tracking system's URL path to construct **at least one rewritten URL**; embedding at least one of **the rewritten URLs** in a response such that a browser request to each of **the rewritten embedded URLs** is sent to the tracking system; and providing site profiling and analysis of at least one session. | | | | |
| 4. | **'416 Patent**<br><br>1. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: providing the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies | "form[ing] parameter data based upon predetermined selection parameters from the database"<br><br>'416: Claims 1, 6<br><br>'946: Claims 1, 17 | Plain and ordinary meaning | Indefinite | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
| | a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; **forming parameter data based upon pre-determined selection parameters from the database**; encoding an original URL as part of the tracking system URL path to construct at least one rewritten URL; embedding the rewritten URLs in the response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and causing the Web page specified by the Web server URL to be returned to the user browser. | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | 6. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determine a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; **forming parameter data based upon pre-determined selection parameters from the database**; encoding an original URL as part of the tracking system URL path to construct at least one rewritten URL; | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | embedding the rewritten URLs in the response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser.<br><br>**'946 Patent**<br>1. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determine a Web server URL from the Web page request; identify and extract captured information indicating that the user | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
| | browser has requested the Web server URL, the captured information stored within one or more databases; **form parameter data based upon pre-determined selection parameters from the one or more databases**; encode an original URL as part of the tracking system's URL path to construct at least one rewritten URL; embed the rewritten URLs in a response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser; and provide profiling and analysis of at least one session.<br><br>17. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: providing a user browser with | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | a Web page containing a URL specifying both an address of a tracking system and information that specifies a URL on a Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; **forming parameter data based upon pre-determined selection parameters from the database**; encoding an original URL as part of the tracking system's URL path to construct at least one rewritten URL; embedding at least one of the rewritten URLs in a response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and providing | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
| | site profiling and analysis of at least one session. | | | | |
| 5. | 5. The method of claim 1, further comprising: **dynamically maintaining the pre-determined selection parameters based upon revisable, operator-defined instructions on how to select and extract information from a text page; and analyzing the parameter data sets to predict future user activity**. <br><br> 10. The apparatus of claim 6, is further adapted to: **dynamically maintain the pre-determined selection parameters based upon revisable, operator-defined instructions on how to select and extract information from a text page; and analyze the parameter data sets to predict future user activity**. | "dynamically maintain[ing] the predetermined selection parameters based upon revisable, operator-defined instructions on how to select and extract information from a text page; and analyzing the parameter data sets to predict future user activity" <br><br> '416 Patent, claims 5, 10 | Plain and ordinary meaning | Indefinite | |
| 6. | **'416 Patent** <br><br> 1. A method of capturing on a computer programmed digital electrical tracking system | "[[the]] a response" <br><br> "[[a]] the response" | Plain and ordinary meaning | "[a / the] response to the Web page request from the user browser" <br><br> "forwarding the response from the Web | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | information about activity of a user browser accessing a Web server, the method comprising: providing the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding an original URL as part of the tracking system URL path to construct at least one rewritten URL; **embedding the rewritten URLs in the response** such | "embedding the rewritten URLs in [[the]] a response"<br><br>"receiving [[a]] the response from Web server"<br><br>"forwarding the response to the user browser"<br><br>'416 Patent, claims 1, 2, 6, 7<br><br>'946, claims 1, 10, 17, 25 | | server as the response to the Web page request from the user browser" | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and causing the Web page specified by the Web server URL to be returned to the user browser.<br><br>2. The method of claim 1, where the causing the Web page specified by the Web server URL to be returned to the user browser comprises: requesting the Web page from the Web server based on the Web server URL; **receiving a response from Web server**; and **forwarding the response to the user browser**.<br><br>6. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determine a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding an original URL as part of the tracking system URL path to construct at least one rewritten URL; **embedding the rewritten URLs in the response** such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser. | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | 7. The apparatus of claim 6, wherein the apparatus causes the Web page specified by the Web server URL to be returned to the user browser by operations comprising: requesting the Web page from the Web server based on the Web server URL; **receiving a response from Web server**; and **forwarding the response to the user browser**.<br><br>**'946 Patent**<br>1. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determine a Web server URL from the | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | Web page request; identify and extract captured information indicating that the user browser has requested the Web server URL, the captured information stored within one or more databases; form parameter data based upon pre-determined selection parameters from the one or more databases; encode an original URL as part of the tracking system's URL path to construct at least one rewritten URL; **embed the rewritten URLs in a response** such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser; and provide profiling and analysis of at least one session. 10. The apparatus of claim 1, where the apparatus causes the Web page specified by the Web server URL to be | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | returned to the user browser by operations comprising: requesting the Web page from the Web server based on the Web server URL; **receiving the response from Web server**; and **forwarding the response to the user browser**.<br><br>17. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: providing a user browser with a Web page containing a URL specifying both an address of a tracking system and information that specifies a URL on a Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured information indicating that the user browser has requested the Web server URL, the captured | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
| | information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding an original URL as part of the tracking system's URL path to construct at least one rewritten URL; **embedding at least one of the rewritten URLs in a response** such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and providing site profiling and analysis of at least one session.<br><br>25. The method of claim 17, wherein the Web page specified by the Web server URL is returned to the user browser by operations comprising: requesting the Web page from the Web server based on the Web server URL; **receiving the response from Web server**; and **forwarding the response to the user browser**. | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| 7. | 1. A computer programmed digital electrical tracking system apparatus connected to a user browser and a Web server on the Internet, the apparatus adapted to: provide the user browser with a Web page containing a URL specifying both an address of the tracking system and information that specifies a URL on the Web server; upon receipt by the tracking system of a Web page request from the user browser, determine a Web server URL from the Web page request; identify and extract captured information indicating that the user browser has requested the Web server URL, the captured information stored within one or more databases; form parameter data based upon pre-determined selection parameters from the one or more databases; encode an original URL as part of the tracking system's URL path to construct at least one rewritten | "provide profiling and analysis of at least one session"<br><br>'946, claims 1, 17 | Plain and ordinary meaning | Indefinite | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
| | URL; embed the rewritten URLs in a response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and cause the Web page specified by the Web server URL to be returned to the user browser; and **provide profiling and analysis of at least one session**.<br><br>17. A method of capturing on a computer programmed digital electrical tracking system information about activity of a user browser accessing a Web server, the method comprising: providing a user browser with a Web page containing a URL specifying both an address of a tracking system and information that specifies a URL on a Web server; upon receipt by the tracking system of a Web page request from the user browser, determining a Web server URL from the Web page request; identifying and extracting captured | | | | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | information indicating that the user browser has requested the Web server URL, the captured information stored within a database; forming parameter data based upon pre-determined selection parameters from the database; encoding an original URL as part of the tracking system's URL path to construct at least one rewritten URL; embedding at least one of the rewritten URLs in a response such that a browser request to each of the rewritten embedded URLs is sent to the tracking system; and **providing site profiling and analysis of at least one session**. | | | | |
| 8. | **'416 Patent**<br><br>3. The method of claim 1, where the causing the Web page specified by the Web server URL to be returned to the user comprises redirecting the user browser to the Web page on the Web browser. | "The method of claim 1, where the causing the Web page specified by the Web server URL to be returned to the user comprises redirecting the user browser to the Web page on the Web browser."<br>('416 Patent, Claim 3) | Plain and ordinary meaning | "responding with a redirect code that causes the browser to automatically send a second request to the tracking system, this time causing the Web page specified by the Web server URL to be returned to the user" | |

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|---|---|---|---|---|---|
| | 8. The apparatus of claim 6, where the apparatus causes the Web page specified by the Web server URL to be returned to the user by redirecting the user browser to the Web page on the Web browser.<br><br>**'946 Patent**<br><br>11. The apparatus of claim 1, where the apparatus causes the Web page specified by the Web server URL to be 40 returned to the user by operations comprising redirecting the user browser to the Web page on the Web browser.<br><br>26. The method of claim 17, wherein the Web page specified by the Web server URL is returned to the user by operations comprising redirecting the user browser to the Web page on the Web browser. | "The apparatus of claim 6, where the apparatus causes the Web page specified by the Web server URL to be returned to the user by redirecting the user browser to the Web page on the Web browser."<br>('416 Patent, Claim 8)<br><br>"The apparatus of claim 1, where the apparatus causes the Web page specified by the Web server URL to be returned to the user by operations comprising redirecting the user browser to the Web page on the Web browser."<br>('846 Patent, Claim 11)<br><br>"The method of claim 17, wherein the Web page specified by the Web server URL is returned to the user by operations comprising redirecting the user browser to the Web page on the Web browser."<br>('946 Patent, Claim 26) | | | |

**APPENDIX A: JOINT CLAIM CONSTRUCTION CHART**

| No. | Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction | Court's Construction |
|-----|----------------|------------|--------------------------|--------------------------|----------------------|
|     |                | '416 Patent, claims 3, 8<br><br>'946 Patent, claims 11, 26 |  |  |  |