# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK MONITORING LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:21-CV-00148-JRG-RSP |
| SKYSCANNER LTD., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Extend the Stay of All Deadlines. (Dkt. No. 40.) After consideration, the Court **GRANTS** the Parties' Joint Motion. IT IS THEREFORE **ORDERED** that all unreached deadlines in this matter are hereby stayed for an additional 10 days to allow the Parties to submit dismissal papers.

**SIGNED this 7th day of July, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE