IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK MONITORING LLC, | § § | Case No. 2:21-cv-00148-JRG |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| SKYSCANNER LTD., | § § | |
| Defendant. | § § § | |

**JOINT MOTION TO DISMISS**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Network Monitoring LLC ("Plaintiff" or "Network Monitoring") and Defendant Skyscanner Ltd. ("Defendant" or "Skyscanner") (collectively, "the Parties"), represented by their attorneys, hereby stipulate and agree to as follows:

1. The Complaint filed by Network Monitoring against Skyscanner in the above-referenced case, including all claims and causes of action asserted by Plaintiff Network Monitoring against Skyscanner, are dismissed with prejudice.

2. All Counterclaims filed by Skyscanner against Plaintiff are dismissed without prejudice.

3. Each of the Parties to this Joint Motion is to bear its own costs and fees, including attorney's fees.

So agreed and stipulated.

A proposed order for entry is attached.

| | |
|---|---|
| Dated: July 14, 2022 | Respectfully submitted, |

    /s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF
NETWORK MONITORING LLC***


   /s/ *Adil A. Shaikh (with permission)*
Neil J. McNabnay
Texas Bar No. 24002583
Email: mvnabnay@fr.com
David B. Conrad
Texas Bar No. 24049042
Email: conrad@fr.com
Adil A. Shaikh
Texas Bar No. 24117039
Email: shaikh@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*ATTORNEYS FOR DEFENDANT*
*SKYSCANNER LTD.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2022, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                               */s/Vincent J. Rubino, III*
                                               Vincent J. Rubino, III

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiff's counsel has met and conferred with counsel for Defendant, and all parties have agreed to the proposed order submitted herewith.

                                               */s/ Vincent J. Rubino, III*
                                               Vincent J. Rubino, III