IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK MONITORING LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:21-CV-00148-JRG-RSP |
| SKYSCANNER LTD., | § § § | |
| *Defendant*. | § | |

### ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Network Monitoring LLC and Defendant Skyscanner Ltd. (Dkt. No. 42.)

Having considered the motion, and in light of its joint nature, the motion is **GRANTED**. It is hereby **ORDERED** that all claims and causes of action asserted by Network Monitoring against Skyscanner are hereby **DISMISSED WITH PREJUDICE** and all counterclaims filed by Network Monitoring are hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 15th day of July, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE